Robert L. Bassett, Jr.
12521 Riverway Rd.
Chesterfield, Va. 23838-2126

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, Va. 23218-1819



RICHMOND DIVISION
FILED
NOV 25 2016
CLERK
U.S. BANKRUPTCY COURT

I am requesting that you dismiss the bankruptcy case of mrs. Dimple Bassett, case # 16-31692-KRH. You did not confirm her bankruptcy after three (3) modifications. She owes me back spousal support of over $7,200.00. I despretly need this money to live.

Respectfully,

Robert Bassett, Jr.

cc - Carl M. Bates, Chapter 13 Trustee
cc - U.S. Attorney - Eastern Division